THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARVERNE BAY CONSTRUCTION COMPANY, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, et al., Respondents.

(Argued May 19, 1936; decided June 2, 1936.)

*John P. McGrath* and *Edward A. Richards* for appellant.
*Paul Windels,* Corporation Counsel (*Seymour B. Quel, Paxton Blair* and *Silas S. Lippmann* of counsel), for Board of Standards and Appeals, respondent.
*Charles H. Fier* for Dentave Realty Corporation, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.